UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

SCOTT WILLIS,

    Plaintiff,

v.                                                     Civ. No. 16-408 JCH/GJF

KIRK CHAVEZ, et al.,

    Defendants.

## ORDER TO SHOW CAUSE

This matter is before the Court *sua sponte*. The record reflects that certain mailings to Plaintiff Scott Willis were returned as undelivered and indicate that Willis is not at the Lea County Detention Center address of record. *See* ECF No. 7. It appears that Plaintiff has been transferred or released from custody without advising the Court of his new address, as required by D.N.M.LR-Civ. 83.6, thus severing contact with the Court. Because Plaintiff has failed to comply with the Court's local rules, he will be required to show cause why this action should not be dismissed. *See Bradenburg v. Beaman,* 632 F.2d 120, 122 (10th Cir. 1980) ("It is incumbent on litigants, even those proceeding pro se, to follow the federal rules of procedure . . . [t]he same is true of simple, nonburdensome local rules . . . .") (citation omitted). Failure to comply with this Order may result in dismissal without further notice.

**IT IS ORDERED** that, within **twenty-one (21) days** from entry of this Order, Plaintiff shall notify the Clerk in writing of his current address or otherwise show cause why this action should not be dismissed.

_____
THE HONORABLE GREGORY J. FOURATT
UNITED STATES MAGISTRATE JUDGE